# Exhibit B



# OptoWire III
Fiber Optic Pressure Guidewire



Your Pressure Guidewire to **DIAGNOSE** and **TREAT** with Confidence

*fidela*™
2nd Generation *Fiber Optic Sensor*

| PATIENTS | PHYSICIANS | HOSPITALS |
|---|---|---|

 

**PEACE OF MIND**
Confidence in Diagnosis

**TIME SAVING**
Efficient

**COST EFFECTIVE**
1-wire PCI

[1] Data on file. N=5, REP-2010-12-T0, Internal benchtests. OpSens Inc.
[2] Cook, et al. Circ Cardiovasc Interv. 2016; 9:e002988. DOI: 10.1161/CIRCINTERVENTIONS.115.002988
[3] N.Curzen. Comet Study. PCR 2017. Study presentation
[4] Tateishi, et al. Comparison of accuracy of fractional flow reserve using optical sensor wire to conventional pressure wire. ESC 2018. Abstract presentation
[5] Data on file. Internal benchtests. OpSens Inc
[6] Tonino PA, De Bruyne B, Pijls NH, et al. Fractional flow reserve versus angiography for guiding percutaneous coronary intervention. N Engl J Med 2009;360:213–24.
[7] Johnson N, et al. J Am Coll Cardiol Intv 2016;9:757–67
[8] K192340
[9] Kobayashi Y, et al. JACC Oct 2017
[10] Data on file. Pooled analysis of the VERIFY 2, IRIS and LATINA

 CE 2797


Distributed exclusively in GB by:
**Vascular Perspectives**
Part of the VP MED Group

vascularperspectives.com



---



# OptoWire III
Fiber Optic Pressure Guidewire



You like OptoWire 2,
You will LOVE OptoWire III

*fidela*™
2nd Generation *Fiber Optic Sensor*

Your Pressure Guidewire to **DIAGNOSE** and **TREAT** with Confidence




# PERFORMANCE
Unique support, torque response and guidewire control for vessel access

   

**Traditional piezoelectric\* pressure guidewire**
- Eccentric design
- Smaller inner core diameter
- Stainless steel inner core

**PCI workhorse guidewire**
- ✔ Concentric design
- ✔ Large inner core diameter
- ✔ Nitinol inner core

**2nd generation Fiber optic pressure guidewire**
- ✔ Concentric design
- ✔ Large inner core diameter
- ✔ Nitinol inner core

*\*Piezoelectric technology is used in Abbott and Philips devices*

**OptoWire III EVEN MORE ROBUST AND DELIVERABLE THAN OptoWire 2:**
**74% MORE KINK RESISTANT AND 14% BETTER TORQUE RESPONSE[1]**


# FREEDOM
Take full control of your wire and reconnect with confidence



- **DISCONNECT**
  Take full control and cross challenging anatomies
  Save time and costs by performing the PCI over the same guidewire

- **RECONNECT**
  Assess additional segments or arteries
  Perform post-PCI measurements


OptoWire® 1-Wire PCI

**DISCONNECT/RECONNECT IN COMPLEX CASES**
**WITHOUT THE NEED TO RE-EQUALIZE**


# ACCURACY
OptoWire is Powered by Fidela™, 2nd Generation Fiber Optic Sensor



1st generation fiber optic
+ 30 % increase[3]

Drift occurrence baseline: piezoelectric **30%+**[3,4]

2nd generation fiber optic
− 57 % decrease[4] (p<0.01)


Minimal adhesive usage


Effect of ± 2 mm Hg on Pd/Pa, iFR and FFR
■ Drift
■ Pressure ΔP

| | Pd/Pa | iFR | FFR |
|---|---|---|---|
| Drift | 2 | 2 | 2 |
| Pressure | 10 | 13 | 37 |

N=447   Cook CM, et al. Circ Cardiovasc Interv 2016

**OptoWire[5], THE PRESSURE GUIDEWIRE WITH THE LOWEST DRIFT IN THE INDUSTRY**

**DRIFT MATTERS: OVER 20% CORONARY PHYSIOLOGIC MEASUREMENTS MISCLASSIFIED DUE TO DRIFT[2]**


# CHOICE
Assess physiology with hyperemic or resting indices


iFR / dPR correlation
Y = 0.95* X + 0.05
$R^2 = 0.98$

OpSens dPR and iFR correlation with FFR[10]

 dPR 79.33%[10]
 iFR™ 79.03%[10]

*All NHPR (resting Pd/Pa, iFR, dPR, RFR, DFR) showed equivalent diagnosis and prognosis performance[10]. Therefore, physicians can apply OpSens dPR algorithm in daily practice in the same manner as iFR.*   -Dr Ahn, TCT 2019

**RESTING INDICES ARE EQUIVALENT, PRESSURE GUIDEWIRES ARE NOT**