# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Koninklijke Philips N.V., et al.

                     **Plaintiff**                  Case No.: 1:24-cv-00206-UNA

                          *vs.*

Opsens Inc., et al.

                    **Defendant**

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint for Patent Infringement and Demand for Jury Trial with Exhibits, and Civil Cover Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/15/2024 at 2:07 PM, I served Haemonetics Corporation c/o The Corporation Trust Company, Registered Agent with the Summons, Complaint for Patent Infringement and Demand for Jury Trial with Exhibits, and Civil Cover Sheet at 1209 Orange Street, Wilmington, Delaware 19801 by serving Chimere Brooks, Agent, authorized to accept on behalf of The Corporation Trust Company.

Chimere Brooks is described herein as:

Gender: Female   Race/Skin: Black   Age: 30   Weight: 220   Height: 5'5"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

5-20-24
Executed On

Adam Golden

Client Ref Number:08341-8212-00000
Job #: 2003670

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and IP2IPO INNOVATIONS, LTD.,<br><br>*Plaintiff(s)*<br>v.<br>OPSENS INC., OPSENS MEDICAL, OPSENS MEDICAL INC., and HAEMONETICS CORPORATION,<br><br>*Defendant(s)* | Civil Action No. 24-206-UNA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HAEMONETICS CORPORATION
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Karen E. Keller
Shaw Keller LLP
I.M Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/15/2024

CLERK OF COURT

/s/ Randall C. Lohan
*Signature of Clerk or Deputy Clerk*