IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>IP2IPO INNOVATIONS, LTD.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OPSENS INC., OPSENS MEDICAL,<br>OPSENS MEDICAL INC. and<br>HAEMONETICS CORPORATION,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 24-206-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER SETTING RULE 16(b) CONFERENCE FOR PATENT CASE**

1. A telephonic scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Wednesday, September 11, 2024 at 11:00 a.m.** Counsel for Plaintiff shall coordinate the call and email the dial-in information to chambers at cfc_civil@ded.uscourts.gov.

2. The parties shall confer about scheduling and discovery limitations and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Infringement is Alleged" or the Court's "Scheduling Order for Non-Hatch-Waxman Patent Cases in Which Only Invalidity and Not Infringement is Alleged," **(revised on April 18, 2022),** available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using one of the forms listed above. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. **The parties are reminded that Exhibit A must be filed with the Proposed Scheduling Order. The Parties are further ordered to list in Exhibit A the due dates for any reply briefs.**

4.  The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

_8/13/24_
Date

_[signature]_
Chief Judge