IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>IP2IPO INNOVATIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>OPSENS INC., OPSENS MEDICAL,<br>OPSENS MEDICAL INC., and<br>HAEMONETICS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 24-206-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Arpita Bhattacharyya of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiffs Koninklijke Philips N.V. and IP2IPO Innovations, Ltd.

| | |
|---|---|
| OF COUNSEL:<br>Frank A. DeCosta III, Ph.D.<br>Alexander E. Harding<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001-4413<br>(202) 408-4000<br><br>Arpita Bhattacharyya<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>(650) 849-6600<br><br>Dated: November 19, 2024 | */s/ Andrew E. Russell*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Koninklijke Philips*<br>*N.V., IP2IPO Innovations, Ltd.* |

3

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* of Arpita Bhattacharyya is granted.

_____
Chief United States District Judge

Date: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of the State of California and the Commonwealth of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_/s/ Arpita Bhattacharyya_
Arpita Bhattacharyya
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
(650) 849-6600
Arpita.Bhattacharyya@finnegan.com

Date: November 19, 2024