IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>IP2IPO INNOVATIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>OPSENS INC., OPSENS MEDICAL,<br>OPSENS MEDICAL INC., and<br>HAEMONETICS CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 24-206-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to paragraph 15 of the Court's Scheduling Order (D.I. 18), Plaintiffs Koninklijke Philips N.V. and IP2IPO Innovations, Ltd. ("Plaintiffs") and Defendants OpSens Inc., OpSens Medical, OpSens Medical Inc., and Haemonetics Corporation ("Defendants") submit this Joint Claim Construction Chart for U.S. Patent No. 10,912,463 (the '463 patent") (attached as Exhibit A).

## I. AGREED-UPON CONSTRUCTIONS

| Term for construction | Agreed-upon construction |
|---|---|
| a cardiac cycle<br><br>Claims:<br>1, 5-6, 11, 18-19, 26, 52-54 | "at least one cardiac cycle" |

## II. DISPUTED CONSTRUCTIONS

| '463 Patent Claim Term/Phrase | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| calculate a pressure ratio<br><br>Claims: 1, 26<br><br>calculate a pressure ratio for a diagnostic window of a cardiac cycle<br><br>Claim: 11 | No construction required.<br><br>Alternatively:<br><br>"calculate a ratio of pressure measurements" (Claims 1, 26)<br><br>"calculate a ratio of pressure measurements for a diagnostic window of a cardiac cycle" (Claim 11)<br><br>**Intrinsic Evidence:**<br><br>**'463 Patent:**<br>• Claims: 1, 11, 20-33<br>• Figures: 8, 11, 13, 16-28, 30-35<br>• Specification: 2:1-67; 12:30-13:5; 14:22-60; 18:1-19:67; 24:7-54; 25:5-67; 26:1-67; 27:1-67; 28:1-67; | "calculate a pressure ratio for a diagnostic window of only one cardiac cycle"<br><br>**Intrinsic Evidence:**<br><br>**'463 Patent**:<br>• Claims: 1, 11, 20-22, 26, 28-30<br>• Figures: 8, 11, 13, 28, 30, 31<br>• Specification: 2:36-46; 12:54-58; 12:62-13:5; 14:37-60; 16:9-17; 18:5-8; 18:28-43; 19:10-27; 22:28-30; 25:31-38; 27:19-32; 27:56-60; 29:4-5; 29:65-30:14; 30:15-39; 31:4-8<br><br>**'463 Patent File History:**<br>• 10/5/2020 Notice of Allowance |

| '463 Patent Claim Term/Phrase | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | 29:1-67; 30:1-67; 31:1-33<br><br>**'463 Patent File History:**<br>• 2016-09-13 Office Action Response<br>• 2017-01-11 Non-Final Rejection<br>• 2017-05-03 Applicant Summary of Interview with Examiner<br>• 2017-05-08 Office Action Response<br>• 2017-09-19 Non-Final Rejection<br>• 2017-12-09 Office Action Response<br>• 2020-06-25 Non-Final Rejection<br>• 2020-08-28 Examiner Summary of Interview with Applicant<br>• 2020-09-21 Office Action Response<br>• 2020-10-05 Notice of Allowance<br><br>Any intrinsic evidence cited to or relied upon by Defendants | • 6/25/2020 Office Action<br>• 12/19/2017 Office Action Response<br>• 5/8/2017 Office Action Response<br>• 9/13/2016 Office Action Response |
| output . . . the calculated pressure ratio | No construction required.<br><br>Alternatively: | "output . . . the pressure ratio calculated for a diagnostic window of only one cardiac cycle, where the pressure |

| '463 Patent Claim Term/Phrase | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Claims: 1, 11, 26 | "output the calculated ratio of pressure measurements"<br><br>**Intrinsic Evidence:**<br><br><u>'463 Patent:</u><br>- Claims: 1, 11, 20-33<br>- Figures: 8, 11, 13, 16-28, 30-35<br>- Specification: 2:1-67; 12:30-13:5; 14:22-60; 18:1-19:67; 24:7-54; 25:5-67; 26:1-67; 27:1-67; 28:1-67; 29:1-67; 30:1-67; 31:1-33<br><br><u>'463 Patent File History:</u><br>- 2016-09-13 Office Action Response<br>- 2017-01-11 Non-Final Rejection<br>- 2017-05-03 Applicant Summary of Interview with Examiner<br>- 2017-05-08 Office Action Response<br>- 2017-09-19 Non-Final Rejection<br>- 2017-12-09 Office Action Response<br>- 2020-06-25 Non-Final Rejection<br>- 2020-08-28 Examiner Summary of Interview with | ratio is calculated only as an average of the plurality of distal pressure measurements obtained during the diagnostic window divided by an average of the plurality of proximal pressure measurements obtained during the diagnostic window without additional calculation"<br><br>**Intrinsic Evidence:**<br><br><u>'463 Patent</u>:<br>- Claims 1, 11, 26<br>- Figures 31-32, 34-35<br>- Specification: 2:36-50; 12:54-58; 12:62-13:5; 13:16-42; 13:57-64; 14:37-60; 15:11-27; 16:9-17; 16:53-67; 18:5-8; 18:28-43; 19:10-27; 22:28-30; 25:31-38; 25:47-60; 27:19-32; 27:56-28:30, 29:4-5; 29:65-30:14; 30:15-39; 31:4-8; 31:13-19<br><br><u>'463 Patent File History</u>:<br>- 9/21/2020 Office Action Response<br>- 8/28/2020 Office Action Appendix<br>- 8/25/2020 Proposed Interview Agenda |

| '463 Patent Claim Term/Phrase | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| | Applicant<br>• 2020-09-21 Office Action Response<br>• 2020-10-05 Notice of Allowance<br><br>Any intrinsic evidence cited to or relied upon by Defendants | • 6/25/2020 Office Action<br>• 6/21/2017 Information Disclosure Statement<br>• 5/8/2017 Office Action Response<br>• 5/3/2017 Applicant Initiated Interview Summary<br>• 1/11/2017 Office Action<br>• 9/13/2016 Office Action Response |

Dated: February 7, 2025                                                Respectfully submitted,

/s/ Sara M. Metzler                                   /s/ Andrew E. Russell
Kelly E. Farnan                                       Karen E. Keller (No. 4489)
Sara M. Metzler                                       Andrew E. Russell (No. 5382)
RICHARDS, LAYTON & FINGER, P.A.                       Emily S. DiBenedetto (No. 6779)
One Rodney Square 920 North King                      Lindsey M. Gellar (No. 7202)
Street Wilmington, DE 19801                           SHAW KELLER LLP
(302) 651-7700                                        I.M. Pei Building
farnan@rlf.com                                        1105 North Market Street, 12th Floor
metzler@rlf.com                                       Wilmington, DE 19801
                                                      (302) 298-0700
                                                      kkeller@shawkeller.com
                                                      arussell@shawkeller.com
                                                      edibenedetto@shawkeller.com
                                                      lgellar@shawkeller.com

OF COUNSEL:
Joseph Drayton
Connor J. Villar
Baldassare Vinti
PROSKAUER ROSE LLP
11 Times Square New York, NY 10036
(212) 969-3000
jdrayton@proskauer.com
cvillar@proskauer.com
bvinti@proskauer.com

Erik Milch
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Suite 600 South
Washington, DC 20004
(202) 416-5845
emilch@proskauer.com

*Attorneys for Defendants OpSens Inc., OpSens Medical, OpSens Medical Inc., and Haemonetics Corporation*

OF COUNSEL:
Frank A. DeCosta III
Alexander E. Harding
Maram Al-Shaer
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
(202) 408-4000

*Attorneys for Koninklijke Philips N.V., IP2IPO Innovations, Ltd.*