# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. AND IP2IPO INNOVATIONS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> OPSENS INC., OPSENS MEDICAL, OPSENS MEDICAL INC., AND HAEMONETICS CORPORATION, <br><br> Defendant. | C. A. No. 24-206-CFC |

## NOTICE OF AGREEMENT AND STIPULATION
## AND ORDER TO STAY ALL DEADLINES AND HEARINGS

Plaintiffs Koninklijke Philips N.V. and IP2IPO Innovations, Ltd. and Defendants OpSens Inc., OpSens Medical, OpSens Medical Inc., and Haemonetics Corp. (collectively the "Parties") have reached an agreement in principle to resolve all matters in controversy in this litigation and are diligently working toward finalizing a written agreement.

In light of the Parties' agreement and ongoing discussions, the Parties respectfully request that the Court stay all deadlines and court hearings for forty-five (45) days while the Parties negotiate in good faith a definitive agreement.

To the extent the Parties are unable to finalize a written agreement and file a Stipulation of Dismissal by July 31, 2025, then the Parties will file a Joint Status

Report no later than August 7, 2025, with the Parties' positions and/or proposed scheduling order.

Dated: June 20, 2025                                                  Respectfully submitted,

/s/ Kelly E. Farnan                                                         /s/ Andrew E. Russell
Kelly E. Farnan (#4395)                                              Karen E. Keller (No. 4489)
Sara M. Metzler (#6509)                                              Andrew E. Russell (No. 5382)
Richards, Layton & Finger, p.a.                                  Emily S. DiBenedetto (No. 6779)
One Rodney Square 920 North King                         Lindsey M. Gellar (No. 7202)
Street Wilmington, DE 19801                                     SHAW KELLER LLP
(302) 651-7700                                                               I.M. Pei Building
farnan@rlf.com                                                              1105 North Market Street, 12th Floor
metzler@rlf.com                                                            Wilmington, DE 19801
                                                                                        (302) 298-0700
OF COUNSEL:                                                             kkeller@shawkeller.com
Erik Milch                                                                       arussell@shawkeller.com
Elizabeth Shrieves                                                       edibenedetto@shawkeller.com
PROSKAUER ROSE LLP                                            lgellar@shawkeller.com
1001 Pennsylvania Ave., NW
Ste. 600                                                                          OF COUNSEL:
(202) 416-6800                                                              Frank A. DeCosta III
emilch@proskauer.com                                              Alexander E. Harding
eshrieves@proskauer.com                                        Maram Al-Shaer
                                                                                        FINNEGAN, HENDERSON, FARABOW,
Baldassare Vinti                                                           GARRETT & DUNNER, L.L.P.
Joseph Drayton                                                            901 New York Avenue, N.W.
Connor J. Villar                                                             Washington, D.C.  20001-4413
PROSKAUER ROSE LLP                                           (202) 408-4000
11 Times Square New York, NY 10036
(212) 969-3000                                                             *Attorneys for Koninklijke Philips N.V.*
bvinti@proskauer.com                                              *and IP2IPO Innovations, Ltd.*
jdrayton@proskauer.com
cvillar@proskauer.com

*Attorneys for Defendants OpSens Inc.,
OpSens Medical, OpSens Medical Inc.,
and Haemonetics Corporation*